# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ZETA ROWNTREE,<br>CHUCK ROBINSON, and<br>KRISTIE ROBINSON,<br><br>    Plaintiffs,<br><br>v.<br><br>MATT GILBERT,<br>THREE OAKS DEVELOPMENT<br>AND CONSTRUCTION, INC.,<br>JONES LAND DEVELOPERS, LLC,<br>LIBERTY COMMUNITIES, LLC,<br>and NEIL KOELBL<br><br>    Defendants. | CIVIL ACTION NO.:<br>5:21-cv-00255-MTT<br><br>**TRIAL BY JURY**<br>**DEMANDED** |

## JOINT MOTION TO APPROVE CONSENT DECREE

COME NOW, all Parties to this action and hereby jointly move the Court to approve and enter the attached Proposed Consent Decree, *see* Exhibit A, after the statutorily required 45-day review period by the relevant federal agencies.

As required by 40 C.F.R. § 135.5(b)(1), Plaintiffs hereby notify the Court that under Section 1365(c)(3) of the Federal Water Pollution Control Act ("Clean Water Act" or "CWA") that the Court should not enter the Proposed Consent Decree "prior to 45 days following the receipt of a copy of the proposed consent judgment by the

Attorney General and the Administrator [of the U.S. Environmental Protection Agency]." 33 U.S.C. § 1365(c).

In a later filing, Plaintiffs shall promptly "notify the Court . . . regarding the dates of service of the proposed consent judgment upon the Administrator and Attorney General," as required by 40 C.F.R. § 135.5(b)(2), so that the Court may then enter the Proposed Consent Decree.

Respectfully submitted, this 5th day of July, 2022.

| | |
|---|---|
| */s/ Donald D.J. Stack* | */s/ Elizabeth B. Davis* |
| Donald D. J. Stack | Elizabeth B. Davis |
| Georgia Bar No. 673735 | Georgia Bar No. 208260 |
| George Lott | BURR & FORMAN LLP |
| Georgia Bar No. 820219 | 171 Seventeenth Street, N.W. |
| Jaclyn Brass | Suite 1100 |
| Georgia Bar No. 347817 | Atlanta, Georgia 30363 |
| 260 Peachtree Street, N.W. | (404) 815-3000 |
| Suite 1200 | (404) 817-3244 (Fax) |
| Atlanta, Georgia 30303 | bdavis@burr.com |
| (404) 525-9205 | *Attorney for Defendant Liberty* |
| (404) 522-0275 (Fax) | *Communities, LLC and Neil Koelbl* |
| dstack@stackenv.com | |
| *Attorneys for Plaintiffs* | |
| *Zeta Rowntree, Chuck Robinson,* | |
| *And Kristie Robinson* | |

*/s/ Gregory Hecht*
Gregory Hecht
Georgia Bar No. 003860
Hecht Walker, P.C.
205 Corporate Center Drive
Suite B
Stockbridge, Georgia 30281
(404) 348-4881
greg@hmhwlaw.com
*Attorney for Defendant*
*Liberty Communities, LLC and Neil Koelbl*

*/s/ Carl H. Anderson, Jr.*
Carl H. Anderson, Jr.
Georgia Bar No. 016320
Hawkins Parnell & Young, LLP
303 Peachtree Street NE, Suite 4000
Atlanta, Georgia 30308
(404) 614-7511
canderson@hpylaw.com
*Attorney for Defendant*
*Jones Land Developers, LLC*

*/s/ T. Shane Mayes*
T. Shane Mayes
Georgia Bar No. 479555
Eric L. Foster
Georgia Bar No. 424347
Moore Ingram Johnson & Steele, LLP
326 Roswell Street, Suite 100
Marietta, Georgia 30060
(770) 429-1499
(770) 429-8631 (Fax)
smayes@mijs.com
elfoster@mijs.com
*Attorneys for Defendant*
*Matt Gilbert and Three Oaks Construction and Development, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on July 5, 2022, I electronically filed the foregoing **JOINT MOTION TO APPROVE CONSENT DECREE** using the Court's CM/ECF system, which will serve notice of filing to all registered users.

**STACK & ASSOCIATES, P.C.**

*/s/ Donald D.J. Stack*
Donald D.J. Stack